# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00281-CV

**Edwin Dunk, Appellant**

**v.**

**Cleva Gandy and Ray Golather, Appellee**

**FROM THE DISTRICT COURT OF FAYETTE COUNTY, 155TH JUDICIAL DISTRICT
NO. 2001V-209, HONORABLE DAN R. BECK, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Edwin Dunk has filed a motion to dismiss this appeal pursuant to the parties' settlement agreement. Accordingly, we grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1.

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Dismissed on Appellant's Motion

Filed: September 10, 2004